UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| A.D., by his guardian and next friend, MARY B. VALENCIA, and INDIVIDUAL ADVOCACY GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SPRINGFIELD, ILLINOIS, an Illinois municipal corporation, <br><br> Defendant. | No. 16-cv-3331-RM-TSH <br><br> JURY TRIAL DEMANDED |

PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs A.D., by his next friend and guardian, Mary B. Valencia, and Individual Advocacy Group, Inc., move for a preliminary injunction to enjoin Defendant City of Springfield, Illinois, without bond or upon nominal bond, from instituting eviction proceedings against Plaintiffs in order to permit continued operation of a 3-person home for persons with disabilities at 2328 Noble Ave., in the City of Springfield, during the pendency of this proceeding.

The Declarations of Mary B. Valencia, guardian and next friend of Plaintiff A.D. ("Valencia Decl."), and Dr. Charlene Bennett, Ed.D., CEO/executive director of Individual Advocacy Group, Inc., ("Bennett Decl."), are attached hereto as Exhibits and are incorporated herein by reference. Public documents found on the official City of Springfield website and a copy of the joint statement entitled "State and Local Land Use Laws and Practices and the Application of the Fair Housing Act," issued by the Department of Housing and Urban Development and the Department of Justice on November 10, 2016, are also attached as Exhibits and are incorporated herein by reference.

As explained in the accompanying memorandum, Plaintiffs are likely to succeed on the merits of their claims, will suffer irreparable harm if preliminary relief is not granted, and have no adequate remedy at law. Additionally, the harm Plaintiffs will suffer absent an injunction outweighs any potential harm to Defendant if the relief sought is granted, and the granting of a preliminary injunction will serve the public interest. In support of this motion, Plaintiffs incorporate herein by reference their Memorandum in Support of this Motion for Preliminary Injunction and the exhibits attached thereto.

          Law Offices of Thomas E. Kennedy, III, L.C.

          /s/ *Sarah Jane Hunt*

          Thomas E. Kennedy, III
          Sarah Jane Hunt
          906 Olive St., Ste. 200
          St. Louis, MO 63101
          (314) 872-9041
          (314) 872-9043 fax
          tkennedy@tkennedylaw.com
          sarahjane@tkennedylaw.com

          Attorneys for Plaintiffs IAG and A.D.

## CERTIFICATE OF SERVICE

I hereby certify that, on January 11, 2017, I electronically filed this Memorandum in Support of Motion for Preliminary Injunction with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

                                      */s/ Sarah Jane Hunt*
                                       Sarah Jane Hunt

Linda A. O'Brien
Steven C. Rahn
Room 313 Municipal Center East
800 East Monroe Street
Springfield, Illinois 62701-1689
Telephone: (217) 789-2393
Fax: (217) 789-2397
Email: corporation.counsel@springfield.il.us

Attorneys for Defendant

3