**Area Map: Sparc & IAG Locations**



Key:
1. 2328 Noble (Noble House)
2. 2317 Noble (Sparc House)
3. 137 Pinehurst (Former IAG home)
4. 118 Exmore (Sparc house)
5. 232 Bruns Lane (Sparc headquarters)

Distances:
    Sparc headquarters (5) to Noble House (1):  11,950 feet
    Noble House (1) to Sparc House (2): 160 feet
    Sparc headquarters (5) to Pinehurst location (3):  9,050 feet
    Pinehurst location (3) to Sparc house Exmore (4):  150 feet

Distances are not based upon survey; they rely solely on Google Maps key.  Distances are "as the crow flies."



EXHIBIT Joint-1

16-CV-3331