E-FILED
Monday, 08 February, 2021  12:17:47 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MARY B. VALENCIA, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 3:16-cv-03331 |
| | ) | |
| CITY OF SPRINGFIELD, ILLINOIS, | ) | |
| | ) | |
| Defendant. | ) | |

CONSOLIDATED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:17-cv-03278 |
| | ) | |
| CITY OF SPRINGFIELD, ILLINOIS, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR REMOTE STATUS CONFERENCE**

Trial in this case is currently scheduled for April 6, 2021.  The parties respectfully request that the Court hold a status conference, with counsel appearing remotely, to discuss whether the Court and the parties will be able to keep this trial date, in light of current circumstances with respect to the ongoing Covid-19 crisis and the Court's Eighth Amended General Order 20-01 (Jan. 11, 2020) suspending jury trials through March 23, 2021.

Dated: February 8, 2021

Respectfully submitted,

JOHN C. MILHISER                              PAMELA S. KARLAN
United States Attorney                        Principal Deputy Assistant Attorney General
Central District of Illinois                  Civil Rights Division


                                              s/ Max Lapertosa
JOSHUA I. GRANT                               SAMEENA SHINA MAJEED
Assistant United States Attorney              Chief
United States Attorney's Office               TIMOTHY MORAN
Central District of Illinois                  Deputy Chief
318 S. Sixth Street                           ELIZA H. SIMON
Springfield, IL 62701                         KINARA A. FLAGG
Tel: (217) 492-4450                           MAX LAPERTOSA
Fax: (217) 492-4512                           Trial Attorneys
Joshua.Grant@usdoj.gov                        United States Department of Justice
                                              Housing and Civil Enforcement Section
                                              Civil Rights Division
                                              950 Pennsylvania Ave. NW – 4CON
                                              Washington, DC 20530
                                              Tel: (202) 305-1077
                                              Fax: (202) 514-1116
                                              Max.Lapertosa@usdoj.gov

                                              Attorneys for Plaintiff
                                              United States of America


                                              s/ Thomas E. Kennedy
                                              THOMAS E. KENNEDY, III
                                              SARAH JANE HUNT
                                              MARYANNE QUILL
                                              Kennedy Hunt, P.C.
                                              906 Olive St., Ste. 200
                                              St. Louis, MO 63101
                                              Tel: (314) 872-9041
                                              Fax: (314) 872-9043
                                              tkennedy@kennedyhuntlaw.com

                                              Attorneys for Plaintiffs Individual Advocacy
                                              Group and Mary Valencia

2

s/ Steven C. Rahn
STEVEN C. RAHN
Assistant Corporation Counsel
Room 313, Municipal Center East
800 East Monroe Street
Springfield, IL  62701-1689
Tel: (217) 789-2393
Fax: (217) 789-2397
steven.rahn@springfield.il.us

RANDALL A. MEAD
Drake Narup & Mead PC
107 E. Allen St.
Springfield, IL 62704
Mead@dnmpc.com

Attorneys for Defendant
City of Springfield

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2021, I caused to be served a copy of the foregoing document entitled "Joint Motion for Remote Status Conference" via the CM/ECF system, which shall send notice to all counsel of record.

<u>s/ Max Lapertosa</u>
Trial Attorney