IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MARY B. VALENCIA, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) | Case No. 3:16-cv-03331 |
| CITY OF SPRINGFIELD, ILLINOIS, | ) ) ) | |
| Defendant. | ) ) | |
| | | CONSOLIDATED |
| UNITED STATES OF AMERICA, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Case No. 3:17-cv-03278 |
| CITY OF SPRINGFIELD, ILLINOIS, | ) ) ) | |
| Defendant. | ) ) | |

## VERDICT FORM

1. Has Mary Valencia suffered emotional pain and mental anguish as a result of Defendant City of Springfield's violations of the Fair Housing Act?

    Answer:      Yes __X__    No _____

*If you answered "Yes" to Question 1, please proceed to Question 2. If you answered "No" to Question 1, please proceed to Question 3.*

2. What amount will fairly compensate Mary Valencia for her emotional pain and mental anguish as a result of Defendant City of Springfield's violations of the Fair Housing Act?

    Answer:    $__54,000__

3. Has Joseph Dallavis suffered emotional pain and mental anguish as a result of Defendant City of Springfield's violations of the Fair Housing Act?

   Answer:   Yes __X__   No _____

*If you answered "Yes" to Question 3, please proceed to Question 4. If you answered "No" to Question 3, please proceed to Question 5.*

4. What amount will fairly compensate Joseph Dallavis for his emotional pain and mental anguish as a result of Defendant City of Springfield's violations of the Fair Housing Act?

   Answer:   $ 36,000

5. Has Lorraine Iocca suffered emotional pain and mental anguish as a result of Defendant City of Springfield's violations of the Fair Housing Act?

   Answer:   Yes __X__   No _____

*If you answered "Yes" to Question 5, please proceed to Question 6. If you answered "No" to Question 5, please proceed to Question 7.*

6. What amount will fairly compensate Lorraine Iocca for her emotional pain and mental anguish as a result of Defendant City of Springfield's violations of the Fair Housing Act?

   Answer:   $ 18,000

7. Has Jonathan McCombs suffered emotional pain and mental anguish as a result of Defendant City of Springfield's violations of the Fair Housing Act?

   Answer:   Yes __X__   No _____

*If you answered "Yes" to Question 7, please proceed to Question 8. If you answered "No" to Question 7, please proceed to Question 9.*

8. What amount will fairly compensate Jonathan McCombs for his emotional pain and mental anguish as a result of Defendant City of Springfield's violations of the Fair Housing Act?

    Answer:     $ 36,000

9. Has William McCombs suffered emotional pain and mental anguish as a result of Defendant City of Springfield's violations of the Fair Housing Act?

    Answer:     Yes  X    No _____

*If you answered "Yes" to Question 9, please proceed to Question 10. If you answered "No" to Question 9, please proceed to Question 11.*

10. What amount will fairly compensate William McCombs for his emotional pain and mental anguish as a result of Defendant City of Springfield's violations of the Fair Housing Act?

    Answer:     $ 18,000

11. Has Individual Advocacy Group incurred damages for diversion of resources?

    Answer:     Yes  X    No _____

*If you answered "Yes" to Question 11, please proceed to Question 12. If you answered "No" to Question 11, please proceed to Question 13.*

12. What amount of damages will fairly compensate Individual Advocacy Group for its diversion of resources?

    Answer: $ 83,000

13. Has Individual Advocacy Group incurred damages for loss of revenue?

    Answer:     Yes  X    No _____

*If you answered "Yes" to Question 13, please proceed to Question 14. If you answered "No" to Question 13, you should have the foreperson sign the verdict form and notify the bailiff that you are ready to return to the courtroom.*

14. What amount of damages will fairly compensate Individual Advocacy Group for its loss of revenue?

Answer: $ 48,000

You should sign the verdict form and notify the court security officer that you are ready to return to the courtroom.

Dated this 26 day of July, 2022.

s/foreperson
FOREPERSON

s/foreperson
Vickie Harbach
JUROR

s/juror
JUROR

s/juror
JUROR

s/juror
JUROR

s/juror
JUROR

s/juror
JUROR

s/juror
JUROR