Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | | |
|---|---|---|---|
| Mary B. Valencia, B.A., and Individual Advocacy Group, Inc., | ) | | |
| **Plaintiff,** | ) | | |
| vs. | ) | Case Number: | 3:16-cv-03331-SLD-JEH |
| City of Springfield, Illinois, | ) | | |
| **Defendant.** | ) | | |
| United States of America, | ) | | |
| **Plaintiff,** | ) | | |
| vs. | ) | Case Number: | 3:17-cv-03278-RM-TSH |
| City of Springfield, Illinois, | ) | | |
| **Defendant.** | ) | | |

## JUDGMENT IN A CIVIL CASE

☒ **JURY VERDICT**.    This action came before the Court for a trial by jury.    The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that: the following compensatory damages are awarded: (1) $54,000 to Mary Valencia, (2) $36,000 to Joseph Dallavis, (3) $18,000 to Lorraine Iocca, (4) $36,000 to Jonathan McCombs, (5) $18,000 to William McCombs, and (6) $131,000 to Individual Advocacy Group; prejudgment interest of $53,654.50 is awarded to Individual Advocacy Group; the Court imposes a civil penalty of $61,982.50 against the City of Springfield; and the Court enters equitable relief against the City of Springfield as follows:

     1.     The City, its officers, agents, employees, successors, and all other persons acting in concert or participation with it, is enjoined from taking any action against the owner(s) or resident(s) of 2328 S. Noble Avenue, or Individual Advocacy Group, in order to prevent or restrict the operation of a group home for five or fewer persons with disabilities at 2328 S. Noble Avenue under the City's spacing rule, enacted as Springfield, Ill., Code of Ordinances § 155.053 (2023).

     2.     The City is enjoined from enforcing such spacing rule, § 155.053, against any other similarly situated family care residence or group community residence with five or fewer residents.

     3.     Within ninety days of December 5, 2023, the City's officers, elected and appointed

Judgment in a Civil Case (02/11)

officials, and employees who have duties related to the planning, zoning, permitting, construction, or occupancy of residential housing, including the Zoning Administrator and his or her staff, members and staff of the Planning and Zoning Commission, the City Council, and the Mayor, are ordered to attend, at the City's expense, a training on the Fair Housing Act's provisions with respect to disability discrimination in housing. The training will be conducted by a qualified third party or parties, subject to the approval of the United States, and who will not be affiliated with the City or its officers, elected or appointed officials, employees, agents or counsel.

      4.    Within ten days of this training, the City is ordered to submit to counsel for the United States written confirmation signed by each attendee that he or she attended the training and the date of the training.

      5.    For three (3) years following the date of entry of this Order, the City is ordered to retain all records, including electronic records in their native format, with respect to compliance with this Order.

      6.    The City is ordered to allow counsel for the United States to inspect and copy any records referenced above for the purpose of ensuring compliance with this Order, upon the United States' provision of reasonable notice to counsel for the City.

**Dated:**    12/6/2023
          ASKV

                                      s/ Shig Yasunaga
                                      Shig Yasunaga
                                      Clerk, U.S. District Court